IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -3  AM 8:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| BARBARA HANNAH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:01cv2920-MI ) JURY DEMAND |
| GLAXOSMITHKLINE, plc; SMITHKLINE BEECHAM CORPORATION; GLAXO WELLCOME, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

## AGREED ORDER OF DISMISSAL

By agreement of plaintiff and defendant SmithKlineBeecham Corporation, d/b/a GlaxoSmithKline (erroneously sued as Glaxo Wellcome, Inc.), as evidenced by the signatures of counsel below, plaintiff's claims in this case are hereby dismissed with prejudice. The parties to this action shall bear their own costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Approved for entry:

_____
Dianna Baker Shew
STITES & HARBISON PLLC
424 Church Street, Suite 1800
Nashville, TN 37219
Attorney for Defendant SmithKline Beecham
Corporation d/b/a GlaxoSmithKline

_____
Leila H. Watson
Cory, Watson, Crowder & DeGaris
2131 Magnolia Avenue
Birmingham, AL 35205
Attorney for Plaintiff

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-3-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:01-CV-02920 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Dianna Baker Shew
STITES & HARBISON PLLC
424 Church Street
Eighteenth Floor
Nashville, TN 37219

Lee L. Coleman
HUGHES & COLEMAN
444 James Robertson Pkwy
Ste. 201
Nashville, TN 37219

Honorable Jon McCalla
US DISTRICT COURT