FILED BY ____ D.C.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 AUG -3 AM 8:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BARBARA HANNAH

**JUDGMENT IN A CIVIL CASE**

VS

GLAXOSMITHKLINE, PLC,
SMITHKLINE BEECHAM CORPORATION,
and GLAXO WELLCOME, INC.

**CASE NO: 01-2920 Ml**

---

Upon agreement of the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Agreed Order of Dismissal filed August, 2, 2005, this case is DISMISSED with prejudice. Each party shall bear its own costs.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Aug 2, 2005
Date

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-3-05

/16

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:01-CV-02920 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Lee L. Coleman
HUGHES & COLEMAN
444 James Robertson Pkwy
Ste. 201
Nashville, TN 37219

Dianna Baker Shew
STITES & HARBISON PLLC
424 Church Street
Eighteenth Floor
Nashville, TN 37219

Honorable Jon McCalla
US DISTRICT COURT